**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000897**
**04-JAN-2019**
**08:15 AM**

NO. CAAP-18-0000897

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Plaintiff-Appellee,
v.
JOSEPH CORREIA III,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1FFC-17-0000591)

ORDER APPROVING STIPULATION FOR
VOLUNTARY DISMISSAL OF THE APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal, filed December 17, 2018, by Defendant-Appellant Joseph Correia III (Correia), it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(a) and (c), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) attached to the stipulation is Correia's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 4, 2019.

Chief Judge

Associate Judge

Associate Judge